IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 99-H-0420-S |
| OLA MAE GLENN, | ) |
| Defendant. | ) |

FILED
99 APR 20 PM 3:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR 20 1999

FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Ola Mae Glenn, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1.  The Summons and Complaint were served upon Defendant on February 25, 1999; Defendant has failed to appear, plead, or otherwise defend.

2.  Defendant, Ola Mae Glenn, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3.  Defendant, Ola Mae Glenn, is indebted to Plaintiff in the principal sum of $1,819.06, court costs of $150.00 pursuant to 28 U.S.C. § 2412 (a)(2), accrued interest of $272.23 as of April 16, 1999, plus interest at the prevailing legal rate

from the date of judgment.

    4.   Plaintiff is due to recover from Defendant, Ola Mae Glenn, the sum of $2,241.29, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs.  An abstract of judgment will be entered accordingly.

    Done this the __20th__ day of April, 1999.

                             _James H. Hancock_
                             SENIOR UNITED STATES DISTRICT JUDGE